UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOHN THOMAS,<br><br>Defendant | Case No.: 2:15-cr-00062-APG-DJA<br><br>Order Denying Motion to Seal<br><br>[ECF No. 366] |

Defendant John Thomas filed a motion to seal, requesting that the court seal "the Motion with Exhibits." ECF No. 366. Mr. Thomas has filed no motion, and his counsel does not identify what motion he has filed or will file. Because I do not understand what Mr. Thomas is requesting and I cannot evaluate the basis for his request, I cannot grant him relief. If Mr. Thomas's counsel files a new motion to seal, he must identify what documents are to be sealed and the reasons why. Counsel is notified that orders sealing entire documents are disfavored; rather, confidential or sensitive information should be redacted from the publicly filed document and counsel should request that only the redacted information be filed under seal.

IT IS ORDERED that defendant John Thomas's motion to seal **(ECF No. 366) is DENIED**.

DATED this 23rd day of September, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE